IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

UNITED STATES OF AMERICA,

VS.  NO. 05-20056-Ma

JOHN ALONZO SHAW,

Defendant.

---

ORDER EXTENDING MOTIONS DEADLINE

---

Before the court is defendant John Alonzo Shaw's October 11, 2005, motion for additional time within which to file pretrial motions in this matter. For good cause shown, the motion is granted. The defendant shall have additional time to and including October 28, 2005, within which to file pretrial motions in this matter.

IT IS SO ORDERED this 18th day of October, 2005.

SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 10-21-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 472 in case 2:05-CR-20056 was distributed by fax, mail, or direct printing on October 21, 2005 to the parties listed.

---

Joseph S. Ozment
OZMENT COPELAND & HAYS
138 N. Third St.
2nd Floor
Mmephis, TN 38103

Thomas A. Colthurst
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Tony R. Arvin
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT