IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 05-20056 Ma |
| JOHN ALONZO SHAW, | ) ) | |
| Defendant. | ) ) | |

**ORDER DENYING DEFENDANT'S MOTIONS FOR DISCLOSURE**

Before the court are three motions for disclosure filed by Defendant John Alonzo Shaw ("Shaw") on October 11, 2005. Two of the motions are for the disclosure of exculpatory and impeachment evidence under Brady v. Maryland, 373 U.S. 83 (1963), one for disclosure of promises, etc. to government witnesses and the other for disclosure of exculpatory evidence. The third motion is for an order requiring the United States to give notice of its intent to use Rule 404(b) evidence at trial.

The United States responded to these motions in its consolidated response to Shaw's pre-trial motions, filed on October 13, 2005. In its response, the United States committed to provide at the appropriate time all of the requested information in its possession. Therefore, Defendant's motions for disclosure of exculpatory evidence, for disclosure of promises, etc. to

1

government witnesses, and for an order requiring the prosecution to give notice of its intention to use other crimes, wrongs or acts evidence are DENIED as moot.

So ordered this 9th day of November 2005.

_____
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 495 in case 2:05-CR-20056 was distributed by fax, mail, or direct printing on November 14, 2005 to the parties listed.

---

Joseph S. Ozment
OZMENT COPELAND & HAYS
138 N. Third St.
2nd Floor
Mmephis, TN 38103

Thomas A. Colthurst
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Tony R. Arvin
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT