IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CR. NO. 05-20056-28-Ma |
| ) | |
| JOHN ALONZO SHAW, ) | |
| ) | |
| Defendant. ) | |

**ORDER ON CHANGE OF PLEA**

This cause came on to be heard on December 20, 2005, the United States Attorney for this district appearing for the Government and the defendant, John Alonzo Shaw, appearing in person and with counsel, Mr. Larry Copeland, appearing for Mr. Joseph Ozment.

With leave of the Court, the defendant entered a plea of guilty to Count 1 of the Indictment. Plea colloquy was held and the Court accepted the guilty plea.

Sentencing in this matter is set for **Friday, March 31, 2006 at 2:30 p.m.**

The defendant is remanded to the custody of the United States Marshal.

**ENTERED** this the 20th day of December, 2005.

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on  12-22-05

SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 593 in case 2:05-CR-20056 was distributed by fax, mail, or direct printing on December 22, 2005 to the parties listed.

---

Tony R. Arvin
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Joseph S. Ozment
OZMENT COPELAND & HAYS
138 N. Third St.
2nd Floor
Memphis, TN 38103

Thomas A. Colthurst
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT